UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| THE TAPEMARK COMPANY, | Civil No. 09-0399 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| VITEX PACKAGING, INC. et al., | |
| Defendants. | |

_____

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 18, 2010
at Minneapolis, Minnesota.

                                                          s/ John R. Tunheim
                                                      JOHN R. TUNHEIM
                                               United States District Judge